# In the United States Court of Federal Claims

No. 23-1013
Filed: July 12, 2023

|  |  |
|---|---|
| FLUOR FEDERAL SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| AECOM TECHNICAL SERVICES, INC., | ) ) ) |
| Defendant-Intervenor. | ) ) |

**ORDER**

On July 12, 2023, the attorney of record for defendant-intervenor filed motions for Markus Speidel and Roke Iko to appear in this case *pro hac vice*. *See* Defendant-Intervenor's Unopposed Motion for Admission, ECF No. 17; *see also* Defendant-Intervenor's Second Unopposed Motion for Admission, ECF No. 18. The Court **DENIES** the motions but invites counsel to apply for membership to this Court's bar under Rule 83.1(b) of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge